March 13, 1974.

APPEAL No. 1557. WILLIAM T. YOUNG, INC. *et al. v.* HARRY SIMPSON. Motion of appellants for 30-day extension of time in which to file brief is granted and appellee's motion to dismiss appeal is denied provided, however, that appellants pay a counsel fee in the sum of $200 to appellee's counsel within 15 days from date of this order, and provided further that if appellants shall fail to comply with the mandate herein, then the motion to dismiss the appeal is granted and the motion for extension of time in which to file brief is denied. Roberts, C. J. not participating. *Raymond J. Surdut,* for appellants. *Howard I. Lipsey,* for appellee.

March 14, 1974.

M. P. No. 74-16. MICHAEL J. LEPIZZERA *v.* FRANK GALLO. Petition for writ of certiorari denied. Roberts, C. J. not participating. *Rosedale, Casparian & Riffkin, Mitchell S. Riffkin,* for petitioner. *Strauss, Factor, Chernick & Hillman Professional Corporation, Robert P. Verri,* for respondent.

M. P. No. 74-21. CITY OF CRANSTON *v.* ALFRED CARPIONATO *et al.* Petition for writ of certiorari granted. Roberts, C. J., not participating. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Tillinghast, Collins & Graham, James A. Jackson,* for Alfred Carpionato and Louis Carpionato & Son Co. *Hinckley, Allen, Salisbury & Parsons, Stephen J. Carlotti,* for John Montaquila and Rose Montaquila, respondents. *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for Zoning Board of Review, Cranston.

M. P. No. 74-38. IRENE J. CRAUSMAN *v.* WILLIAM I. CRAUSMAN. Petition of respondent for writ of certiorari is granted. Roberts, C. J. not participating. *Harold I. Kessler,* for petitioner. *William I. Crausman,* respondent, pro se.

M. P. No. 74-53. HENRY LaPLUME *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file his answer to the petition